UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re:                              §
                                    §
HORTON, SCOTT A.                    §        Case No. 12-43805
                                    §
         Debtor(s)                  §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        Clerk of the U.S. Bankruptcy Court
        219 S. Dearborn
        Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 04/25/2014 in Courtroom 240,
        United States Courthouse
        c/o Kane County Courthouse
        100 S. 3rd St., Geneva, IL 60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/11/2014                By: Kenneth S. Gardner
                                            Clerk of the Bankruptcy Court


*JOSEPH R. VOILAND*
*1625 WING ROAD*
*YORKVILLE, IL 60560*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
HORTON, SCOTT A. § Case No. 12-43805
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 60,000.00 |
| and approved disbursements of | $ | 159.75 |
| leaving a balance on hand of[1] | $ | 59,840.25 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ 6,250.00 | $ 0.00 | $ 6,250.00 |
| Trustee Expenses: JOSEPH R. VOILAND | $ 372.99 | $ 0.00 | $ 372.99 |
| Charges: Clerk of the U.S. Bankruptcy Court | $ 293.00 | $ 0.00 | $ 293.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 6,915.99 |
| Remaining Balance | $ 52,924.26 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,349,241.75 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for | $ 527.69 | $ 0.00 | $ 20.70 |
| 000002 | MB Financial Bank, N.A. | $ 1,348,714.06 | $ 0.00 | $ 52,903.56 |
| | Total to be paid to timely general unsecured creditors | | | $ 52,924.26 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Joseph R. Voiland
Trustee


JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Scott A. Horton  
    Debtor

Case No. 12-43805-DRC  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1　　　User: lhuley　　　Page 1 of 1　　　Date Rcvd: Mar 27, 2014  
　　　　　　　　　　　　　Form ID: pdf006　　　Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2014.
```
db          +Scott A. Horton,    4N010 Town Hall Road,   St. Charles, IL 60175-7860
19653321    +1st State Bank,    620 E. Main St.,    Saint Charles, IL 60174-2134
19653322    +Benchmark Bank,    1 N. Constitution Drive,    Aurora, IL 60506-3208
19967197     CitiBusiness Card,    POB 6235,    Sioux Falls, SD 57117-6235
19653323    +Great Lakes Mortgage,    2525 Green Bay Rd.,    North Chicago, IL 60064-3012
19653324    +MB Financial,    2607 Lincoln Highway,    Saint Charles, IL 60175-1503
20535344    +MB Financial Bank, N.A.,    c/o The Collins Law Firm P.C.,   1770 Park Street, Suite 200,
              Naperville, IL 60563-1245
20535347    +MB Financial Bank, NA,    c/o The collins Law Firm PC,    1770 Park Street, Suite 200,
              Naperville, IL 60563-1245
19653325    +Michele S. Horton,    4N010 Town Hall Rd.,    Saint Charles, IL 60175-7860
19653326     Ridgestone Bank,    25 W. North Ave.,    Brookfield, WI 53005
19653327    +St. Charles Bank & Trust Co.,    411 W. Main St.,    Saint Charles, IL 60174-1815
19653328    +Wells Fargo,    POB 10335,    Des Moines, IA 50306-0335
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20459481      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 28 2014 01:31:41
              American InfoSource LP as agent for,    TD Bank, USA,    PO Box 248866,
              Oklahoma City, OK   73124-8866
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20535350      MB FINANCIAL BANK NA
                                                                                TOTALS: 1, * 0, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2014　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2014 at the address(es) listed below:
```
              Carl F. Safanda, Esq    on behalf of Defendant Michele S. Horton
               csafanda@xnet.com;rsafanda@xnet.com
              Carl F. Safanda, Esq    on behalf of Debtor Scott A. Horton csafanda@xnet.com;rsafanda@xnet.com
              Joseph  Voiland    on behalf of Plaintiff Joseph R. Voiland jrvoiland@sbcglobal.net,
               jvoiland@ecf.epiqsystems.com
              Joseph  Voiland    jrvoiland@sbcglobal.net,  jvoiland@ecf.epiqsystems.com
              Joseph R Voiland    on behalf of Plaintiff Joseph R. Voiland jrvoiland@sbcglobal.net
              Matthew  Grob    on behalf of Creditor   Great Lakes Credit Union mgrob@ekcmlawfirm.com,
               tjohnson@ekcmlawfirm.com
              Megan A Drefchinski    on behalf of Creditor    MB Financial Bank, N.A. mdrefchinski@collinslaw.com,
               ktaylor@collinslaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                              TOTAL: 8
```