UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
HORTON, SCOTT A. § Case No. 12-43805
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: <br> *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged <br> Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on              . The case was pending for     months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/JOSEPH R. VOILAND_____
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Great Lakes Mortgage 2525 Green Bay Rd. North Chicago, IL 60064 |  |  |  |  |  |
|  | Wells Fargo POB 10335 Des Moines, IA 50306 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| CB | | | | | |
| CB | | | | | |
| CB | | | | | |
| CB | | | | | |
| CB | | | | | |
| CB | | | | | |
| CB | | | | | |
| CONG BANK | | | | | |
| CLERK OF THE U.S. BANKRUPTCY COURT | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1st State Bank 620 E. Main St. Saint Charles, IL 60174 | | | | | |
| | Benchmark Bank 1 N. Constitution Drive Aurora, IL 60506 | | | | | |
| | Benchmark Bank 1 N. Constitution Drive Aurora, IL 60506 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MB Financial 2607 Lincoln Highway Saint Charles, IL 60175 | | | | | |
| | Ridgestone Bank 25 W. North Ave. Brookfield, WI 53005 | | | | | |
| | St. Charles Bank & Trust Co. 411 W. Main St. Saint Charles, IL 60174 | | | | | |
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000002 | MB FINANCIAL BANK, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-43805 RG | Judge: MANUEL BARBOSA | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | HORTON, SCOTT A. | | Date Filed (f) or Converted (c): | 11/02/12 (f) |
| | | | 341(a) Meeting Date: | 12/17/12 |
| For Period Ending: 05/27/14 | | | Claims Bar Date: | 08/07/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real estate: 4N010 Town Hall Rd. St. Charles, IL | 600,000.00 | 0.00 | | 0.00 | FA |
| 2. 10% int. in 1752 Capital St., Elgin, IL | 0.00 | 0.00 | | 0.00 | FA |
| 3. Cash | 50.00 | 0.00 | | 0.00 | FA |
| 4. checking acct. - National Bank | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods | 750.00 | 750.00 | | 0.00 | FA |
| 6. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 7. rifle | 100.00 | 0.00 | | 0.00 | FA |
| 8. Insurance Policies | 100.00 | 100.00 | | 0.00 | FA |
| 9. 401 K | 95,000.00 | 0.00 | | 0.00 | FA |
| 10. 50% interest in SKLH, LLC | 300,000.00 | 300,000.00 | | 0.00 | FA |
| 11. 33.33 % intrerest in Outbound Investors Corp. | 0.00 | 0.00 | | 0.00 | FA |
| 12. 2005 Ford F-350 | 5,000.00 | 0.00 | | 0.00 | FA |
| 13. 39.5% Scott Anthony Horton Trust | 0.00 | 20,000.00 | | 20,000.00 | FA |
| 14. fraudulent transfer claim - Michelle Horton (u) | 0.00 | 100,000.00 | | 40,000.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,002,500.00 | $420,850.00 | | $60,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/15/14　　Current Projected Date of Final Report (TFR): 06/15/14

LFORM1　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Ver: 17.05c

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-43805 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | HORTON, SCOTT A. | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******1982 Checking Account |
| Taxpayer ID No: | *******3951 | | | |
| For Period Ending: | 07/06/14 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/12/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 59,840.25 | | 59,840.25 |
| 04/25/14 | 003001 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | | 2100-000 | | 6,250.00 | 53,590.25 |
| 04/25/14 | 003002 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | | 2200-000 | | 372.99 | 53,217.26 |
| 04/25/14 | 003003 | Clerk of the U.S. Bankruptcy Court<br>219 S. Dearborn<br>Chicago, IL 60604 | | 2700-000 | | 293.00 | 52,924.26 |
| 04/25/14 | 003004 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | | 7100-000 | | 20.70 | 52,903.56 |
| 04/25/14 | 003005 | MB Financial Bank, N.A.<br>c/o The Collins Law Firm P.C.<br>1770 Park Street, Suite 200<br>Naperville, IL 60563 | | 7100-000 | | 52,903.56 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 59,840.25 | 59,840.25 | 0.00 |
| Less: Bank Transfers/CD's | | 59,840.25 | 0.00 | |
| Subtotal | | 0.00 | 59,840.25 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 59,840.25 | |

Page Subtotals 59,840.25 59,840.25

Ver: 17.05c

FORM 2

Page: 2

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-43805 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | HORTON, SCOTT A. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******1179  Checking Account |
| Taxpayer ID No: | *******3951 | | | |
| For Period Ending: | 07/06/14 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/10/13 | 13 | Michelle Horton | | 1129-000 | 20,000.00 | | 20,000.00 |
| 08/31/13 | | CB | bank service fee | 2600-000 | | 13.70 | 19,986.30 |
| 09/30/13 | | cong bank | bank service fee | 2600-000 | | 21.22 | 19,965.08 |
| 11/01/13 | | cb | bank service fee | 2600-000 | | 20.52 | 19,944.56 |
| 12/01/13 | | cb | bank service fee | 2600-000 | | 21.18 | 19,923.38 |
| 12/31/13 | | cb | bank service fee | 2600-000 | | 20.47 | 19,902.91 |
| 01/31/14 | | cb | bank service fee | 2600-000 | | 21.13 | 19,881.78 |
| 02/26/14 | 14 | Michele Horton | | 1241-000 | 40,000.00 | | 59,881.78 |
| 02/28/14 | | cb | bank service fee | 2600-000 | | 21.11 | 59,860.67 |
| 03/11/14 | | cb | bank service fee | 2600-000 | | 20.42 | 59,840.25 |
| 03/12/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 59,840.25 | 0.00 |

| | COLUMN TOTALS | 60,000.00 | 60,000.00 | 0.00 |
|---|---|---|---|---|
| | Less:  Bank Transfers/CD's | 0.00 | 59,840.25 | |
| | Subtotal | 60,000.00 | 159.75 | |
| | Less:  Payments to Debtors | | 0.00 | |
| | Net | 60,000.00 | 159.75 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********1982 | 0.00 | 59,840.25 | 0.00 |
| Checking Account - ********1179 | 60,000.00 | 159.75 | 0.00 |
| | 60,000.00 | 60,000.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      60,000.00      60,000.00

Ver: 17.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit 9

| Case No: | 12-43805 -RG | Trustee Name: | JOSEPH R. VOILAND |
| Case Name: | HORTON, SCOTT A. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******1179  Checking Account |
| Taxpayer ID No: | *******3951 | | |
| For Period Ending: | 07/06/14 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 17.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*